United States District Court
Southern District of Texas

**ENTERED**

June 08, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. NO. 5:26-CR-775-1 |
| | § | |
| DEJUAN BEAN, JR. | § | |
| TN: DEJUAN JAMIR BEAN, JR. | § | |

## <u>ORDER</u>

On May 29, 2026, the Defendant filed an Opposed Motion to Suppress Evidence. (Dkt. No. 57). On June 1, 2026, the District Court issued an order requiring the Government to file a response by June 12, 2026, at 3:00 p.m., as well as referring the matter to the Undersigned. (Dkt. No. 60).

Accordingly, it is **ORDERED** that the Parties attend a motions hearing, which the Court **SETS for June 23, 2026, at 9:30 a.m. in Courtroom 2C**.

It is further **ORDERED that, no later than June 16, 2026**, the Parties shall file an exhibit list and witness list for the hearing. Additionally, the Parties shall deliver to the Court and opposing counsel copies of their exhibits and confer about their admissibility. Delivery to the Court may be coordinated via the Court's case manager.

It is so **ORDERED**.

**SIGNED** on June 8, 2026, at Laredo, Texas.

Brian C. Bajew
United States Magistrate Judge